**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1676**

COURTNEY HENDERSON,

                    Plaintiff - Appellant,

          v.

LIFETIME FITNESS HEALTH CLUB,

                    Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Catherine C. Blake, Chief District Judge.  (1:13-cv-03786-CCB)

Submitted: October 16, 2014          Decided: October 20, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Courtney Henderson, Appellant Pro Se.   Robert Ross Niccolini, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Courtney Henderson seeks to appeal the district court's order dismissing her complaint under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012). We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on May 19, 2014. The notice of appeal was filed on July 7, 2014. Because Henderson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED